IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEXTER D. STEWART, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 21-cv-318-NJR |
| CASEYVILLE POLICE DEPT., and JAMES GOMRIC, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, Chief Judge Nancy J. Rosenstengel, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits with prejudice,** the parties to bear their own costs.

**DATED**: May 12, 2021

MARGARET M. ROBERTIE
Clerk of Court

By: *s/ Tanya Kelley*
Deputy Clerk

**APPROVED:** *s/ Nancy J. Rosenstengel*
NANCY J. ROSENSTENGEL
Chief U.S. District Judge